No. 402. ICKES, SECRETARY OF THE INTERIOR, *v.* FOX ET AL.;

No. 403. ICKES, SECRETARY OF THE INTERIOR, *v.* PARKS ET AL.; and

No. 404. ICKES, SECRETARY OF THE INTERIOR, *v.* EDER, EXECUTRIX. November 22, 1943. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE REED took no part in the consideration or decision of this application. *Solicitor General Fahy* and *Mr. J. Kennard Cheadle* for petitioner. *Messrs. Stephen E. Chaffee* and *Wm. G. Feely* for respondents. Reported below: 137 F. 2d 30.

No. 432. SABIN ET AL. *v.* LEVORSEN ET AL. November 22, 1943. Petition for writ of certiorari to the Supreme Court of Oklahoma denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350. *Kathryn Van Leuven* for petitioners. Reported below: 192 Okla. 660.

No. 444. OSMENT *v.* PITCAIRN ET AL., RECEIVERS. November 22, 1943. Petition for writ of certiorari to the Supreme Court of Missouri denied for want of a reviewable judgment of the highest court of the State. *Mr. Joseph A. Padway* for petitioner. *Messrs. Carleton S. Hadley, Sam B. Sebree,* and *John S. Marley* for respondents.

No. 448. NIAGARA FALLS POWER CO. *v.* FEDERAL POWER COMMISSION. November 22, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE JACKSON took no part in